# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY,<br>as subrogee of Paducah Shooter's Supply, Inc., | Case 5:19-cv-00159-TBR |
| Plaintiff, | |
| v. | |
| HP COMPUTING AND PRINTING, INC.,<br>a/k/a HP, INC,, | |
| Defendant. | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Granite State Insurance Company, as subrogee of Paducah Shooter's Supply, Inc., along with Defendant, HP Computing and Printing, Inc., a/k/a HP. Inc., by and through counsel, hereby submits this Joint Motion to Amend Scheduling Order, and states as follows:

1. Since the case originated, the parties have been working on exchanging written discovery.

2. Both parties obtained extensions for their respective clients on information exchanges due to the COVID-19 pandemic.

3. The parties are interested in conducting meaningful further discovery via depositions, but the current scheduling order does not allow for adequate time to conduct discovery prior to expert and other disclosure deadlines.

4. The parties met and conferred, and determined that an additional 120 days would be acceptable to reflect the delay in information exchange to date.

5.     The parties propose the following amendments to the Scheduling Order, with each relevant date extended by 120 days:

|  | Current | Proposed |
|---|---|---|
| Deadline for Plaintiff Experts | 9/22/20 | 1/22/20 |
| Deadline for Defendant Experts | 10/22/20 | 2/22/21 |
| Discovery Cutoff | 12/22/20 | 4/22/21 |
| Dispositive Motions | 1/22/21 | 5/22/21 |
| Witness/Exhibit List | 4/16/21 | 8/16/21 |
| Final Pretrial | 5/14/21 | *to be set by Court |
| Trial | 6/7/21 | *to be set by Court |

**Wherefore**, the parties request that the Court enter the First Amended Scheduling Order consistent with the agreed upon dates above.

Dated this 11th day of September, 2020.

Agreed to in form and substance:

_____
Christopher Betke
Counsel for Defendant

                                                            Respectfully submitted,

                                                            */s/ Evan J. Malinowski*
                                                            Evan J. Malinowski, PHV#PH19581636
                                                            Alyssa J. Endelman, PHV #PH19581890
                                                            DENENBERG TUFFLEY PLLC
                                                            28411 Northwestern Hwy., Ste 600
                                                            Southfield, MI 48034
                                                            (248) 549-3900/ (248) 593-5808 fax
                                                            emalinowski@dt-law.com
                                                            aendelman@dt-law.com

and

Matthew D. Ellison
FOWLER BELL, PLLC
300 W. Vine Street, Suite 600
Lexington, KY  40507-1751
(859) 252-6700/ (859) 255-3735 fax
mellison@fowlerlaw.com

*Attorneys for Plaintiff*

3