# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

GRANITE STATE INSURANCE COMPANY,   Case 5:19-cv-00159-TBR
as subrogee of Paducah Shooter's Supply, Inc.,

Plaintiff,

v.

HP COMPUTING AND PRINTING, INC.,
a/k/a HP, INC,,

Defendant.

## PROPOSED ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY ORDERED that the Joint Motion to Amend the Scheduling Order is GRANTED and the Amendments made to the Court's Scheduling Order is as follows:

|  | Current | Proposed |
|---|---|---|
| Deadline for Plaintiff Experts | 9/22/20 | 1/22/20 |
| Deadline for Defendant Experts | 10/22/20 | 2/22/21 |
| Discovery Cutoff | 12/22/20 | 4/22/21 |
| Dispositive Motions | 1/22/21 | 5/22/21 |
| Witness/Exhibit List | 4/16/21 | 8/16/21 |
| Final Pretrial | 5/14/21 | *to be set by Court |
| Trial | 6/7/21 | *to be set by Court |

IT IS SO ORDERED.

Date: _____   _____
United States District Judge